**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DAVID LOZEAU,

     Plaintiff,                      Case No.:  1:23-cv-14845

v.                                 Judge Lindsay C. Jenkins

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Keri L. Holleb Hotaling
ASSOCIATIONS IDENTIFIED ON SCHEDULE
"A",

     Defendants.

## [CORRECTED] NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 96 | THLeeStore |
| 3 | Xinhui |
| 6 | Dreamkai |
| 89 | Sunkoby |
| 111 | yanwubaihuoyouxiangongsi |
| 44 | Knowledge Metal Sign Store |
| 83 | ALAZA |
| 75 | wmeiri |
| 5 | UMIRIKO |
| 67 | FULUHUAPIN(Holiday Promotion) |
| 68 | FRMG |
| 70 | HYFA |
| 71 | KEIGE |
| 118 | Jgjgb |
| 123 | Kosidadi |
| 109 | DOMENRY |
| 116 | Hekben(7-15 days arrive) |
| 120 | Tegax |
| 124 | TuTuJD |
| 86 | DAOHUYHINH |
| 91 | COMFORGO |

| | |
|---|---|
| 122 | CRYSTAL TRENDING |
| 73 | YASTER INTERNATIONAL GROUP |
| 84 | L-SPOUTTO |
| 8 | Hessimy (7-15 day Delivery) |
| 85 | cai nan store |

DATED:  February 28, 2024                          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 28, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt